AO 245D     (Rev 09/11) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>STEPHEN ANDERSON | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

Case No.  2:08cr120-01-WKW

USM No. 08878-002

George Nicholas Wallace
<br>Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)      2-5 of the 4/21/2014 Petition   of the term of supervision.

☑ was found in violation of condition(s)      1 upon plea of nolo contendere

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Defendant did unlawfully possess a controlled substance | 04/04/2014 |
| 3 | Defendant did associate with persons engaged in criminal activity | 04/04/2014 |
| 4 | Defendant failed to refrain from unlawful use of a controlled substanc | 03/31/2014 |
| 5 | Defendant failed to notify probation officer of employment status | 04/10/2014 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _3874_

Defendant's Year of Birth:      1974

City and State of Defendant's Residence:
Montgomery, Alabama

05/20/2014
<br>Date of Imposition of Judgment

_Signature of Judge_

W. KEITH WATKINS, CHIEF U.S. DISTRICT JUDGE
<br>Name and Title of Judge

May 22, 2014
<br>Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
              Sheet 2 — Imprisonment

Judgment — Page  2  of  2

DEFENDANT: STEPHEN ANDERSON
CASE NUMBER: 2:08cr120-01-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

24 Months.  No supervised release imposed.

☑  The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility as close as possible to Atlanta, Georgia.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at  _____  ☐  a.m.  ☐  p.m.  on  _____  .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on  _____  .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL